## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MANETIRONY CLERVRAIN, et al.,  )
                                      Plaintiffs,  )
                                           )
v.  )
                                           )    Case No.  CIV-22-283-SLP
JAMES LANKFORD, et al.,  )
                                   Defendants.  )
                                           )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered April 6, 2022 [Doc. No. 13].  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  The filing fee has not been paid in this action.  Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED, the Motion for Mitigating *Financial Burden* or ("*IFP*") Constitutional Issues by Massive Issues ["*Right Aggravated*"] Treatment Act [Doc. No. 2] is DENIED, and this action is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of April, 2022.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**